## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Pace et al. v. Medtronic, Inc. et al.**<br>**08-cv-05085** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 40), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiffs John Pace and Judith Pace in the action styled <u>Pace et al. Medtronic, Inc. et al.</u>, Civil Action No. 08-cv-05085, are **DISMISSED WITH PREJUDICE**.

The Court having determined that there is no just reason for delay, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to these Plaintiffs.

Dated: June 9, 2011

                   s/Richard H. Kyle
                   RICHARD H. KYLE
                   United States District Judge